UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80709-CIV-MIDDLEBROOKS/JOHNSON

R.D. CLIFFORD ASSOCIATES, INC.,

      Plaintiff,

v.

1st CAPITAL LENDING, LLC and
JOSEPH GARRAHAN,

      Defendants.

_____/

1st CAPITAL LENDING, LLC and
JOSEPH GARRAHAN,

      Counter-Plaintiffs,[1]

v.

ROBERT CLIFFORD and R.D.
CLIFFORD ASSOCIATES, INC.,

      Counter-Defendants.

_____/

# CLOSED CIVIL CASE

## ORDER

THIS CAUSE comes before the Court *sua sponte*.   Joseph Garrahan, proceeding *pro se*, has filed a Notice of Removal of Civil Action. He states that Plaintiff R.D. Clifford Associates, Inc. commenced this action against Joseph Garrahan in the Superior Court of New Jersey, Bergen County: Law Division: Special Civil Part, where it was assigned Case No. DC-012903-08. He purports to remove the entire action pursuant to 28 U.S.C. § 1441.

Section 1441 provides that a defendant may remove a civil action brought in a State court "to the district court of the United States for the district and division *embracing the place where such action is pending*." § 1441(a) (emphasis added). Section 1446 provides that a Notice of

_____

[1]Though the style, as filed, states "third party plaintiff" and "third party defendant," it appears as though the proper terminology is "counter-plaintiff" and "counter-defendant."

1

Removal shall be filed "in the district court of the United States *for the district and division within which such action is pending*." § 1446(a) (emphasis added). The "place" is "the site of the state court in which the action is pending at the time the notice of removal." *Cogdell v. Wyeth*, 366 F.3d 1245, 1247 n.7 (11th Cir. 2004).

This case was pending in the state court in New Jersey at the time the notice of removal was filed. Therefore, removal jurisdiction does not lie in this Court, situated in the Southern District of Florida, West Palm Beach Division.[2]

Accordingly, it is

ORDERED AND ADJUDGED that this action is REMANDED to the Superior Court of New Jersey, Bergen County, Special Civil Part. This case is CLOSED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 27 day of June, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to counsel of record

---

[2]It also appears that the complaint, upon which removal is based, falls well short of this court's jurisdictional amount-in-controversy threshold. The Special Civil Part, where the complaint was filed, hears cases in which the amounts in controversy are between $3,000 and $15,000.

2